IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAY 28 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-30060-NJR |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On September 27, 2014, Defendant Anthony Cunningham was an inmate at the Federal Correctional Institution at Greenville, Illinois, (hereinafter "FCI-Greenville"), in Bond County, within the Southern District of Illinois.

2. On the above date, an officer monitoring the visiting room observed what appeared to him to be suspicious behavior while the defendant was eating something from a Doritos bag. Based on this behavior, the defendant was immediately placed in a dry cell after his visit ended so that his bowel movements could be monitored. On September 29, 2014, the defendant defecated out five (5) small balloons tied in small knots. Each of the balloons contained suspected marihuana. A field test kit was utilized and the substance inside each of the balloons also field tested positive for marihuana. The controlled substance was sent to a laboratory where it was confirmed to be cannabis with an approximate weight of 3.3 grams.

3. On October 17, 2014, Cunningham provided a statement to correctional officers after being read, and subsequently waiving, his *Miranda* rights. During this statement,

1

Cunningham admitted possession of the marihuana, stating that he saw the balloons on the ground while walking to the visiting area and swallowed them. Cunningham indicated that he planned to retrieve the balloons later by vomiting them up, and that he planned to smoke all of the marihuana in the balloons

4.   Marihuana is a prohibited object for a federal inmate to possess.

5.   This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

_____
ANTHONY CUNNINGHAM
Defendant

_____
Angela Scott
ANGELA SCOTT
Assistant United States Attorney

_____
DAVID BRENGLE
Attorney for Defendant

Date: 05/28/2015

Date: 5/28/15

2